No. 05–5082. HEATH v. MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 05–5083. FLOYD v. PROSPER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5084. HELMS v. CONROY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–5085. GLEAN v. BATTLE, WARDEN. Super. Ct. Baldwin County, Ga. Certiorari denied.

No. 05–5086. WILKINS v. DENVER DEPARTMENT OF SAFETY ET AL. C. A. 10th Cir. Certiorari denied.

No. 05–5087. BURTIS v. ANNAN, UNITED NATIONS SECRETARY-GENERAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–5088. YAKOVLEV v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 05–5089. ANDERSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–5090. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–5091. BAILEY v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 05–5092. WOOLFOLK v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 05–5093. WILLIAMS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 05–5094. FLOWERS v. UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT. C. A. 6th Cir. Certiorari denied.

No. 05–5095. HALES v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.